ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
2044 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 233-7521
Facsimile: (619) 233-4516

Attorney for Material Witness, Rosa GARCIA-Vasquez

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  vs.<br><br>WILLIE G. COLLINS,<br><br>   Defendant. | Criminal Case No.: 07CR1078<br>Magistrate Case No: 07MJ0695<br><br>Order to Exonerate the Appearance Bond for the Material Witness and Disburse the Bond Funds |

## ORDER

IT IS ORDERED that the personal surety bond for $5,000.00, which secured the presence of material witness Rosa GARCIA-Vasquez is exonerated.

IT IS FURTHER ORDERED that the Clerk of the District Court shall release and disburse the $500.00 held in the Registry of the Court to the surety:

        **Juan Reyes**
        **531 Ridgeway Lane, Apt. 10**
        **La Habra, CA 90631**

Dated: May 1, 2007        _____
                U. S. Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28