PS 8
(8/88)

# United States District Court
for

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 MAY 29 AM 9:59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDC  DEPUTY

U. S. A. vs. COLLINS, WILLIE GARRY        Docket No. 07CR1078GT-001

### Petition for Action on Conditions of Pretrial Release

Comes now Diana Ghanem Pretrial Services Officer presenting an official report upon the conduct of defendant COLLINS, WILLIE GARRY who was placed under pretrial release supervision by the Honorable Ruben B. Brooks sitting in the court at San Diego, on the 28th day of March 2007, under the following conditions:

General Condition: Not commit a federal, state or local crime during the period of release and make all court appearances.

Specific Conditions: Restrict travel to the state of California; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and actively seek and maintain full-time employment, schooling, or combination both.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. On April 10, 2007, the defendant admitted to recent usage of a controlled substance, specifically, smoking marijuana on the day of his arrest.

**PRAYING THAT THE COURT WILL ORDER THE DEFENDANT TO SUBMIT TO TESTING AND/OR TREATMENT AS DIRECTED BY PRETRIAL SERVICES.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this _24th_ day of _May_, 2007 and ordered filed and made a part of the records in the above case.<br><br>_/s/ Ruben Brooks_<br>U. S. Magistrate Judge Ruben B. Brooks | Executed on: 5/23/07<br><br>Respectfully, _/s/ Diana Ghanem_<br>Diana Ghanem, U.S. Pretrial Services Officer<br><br>Place   San Diego, California<br><br>Date    May 23, 2007 |